# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Disciplinary Matter of<br><br>Patrick Joseph Doherty<br><br>California State Bar # __163669__ | CASE NO: 2:22-ad-00064-PSG<br><br>ORDER OF SUSPENSION |

On February 16, 2022, the Court issued an Order to Show Cause why the attorney named above should not be suspended from the Bar of this Court, pursuant to Local Rule 83-3.2, as a result of his or her suspension by the Supreme Court of California or the California State Bar Court. A written response to the Order to Show Cause was due thirty days from the date the Order was issued. The Court has received no response that contests the imposition of discipline.

IT IS THEREFORE ORDERED that the attorney named above is hereby suspended from the practice of law in this Court pursuant to Local Rule 83-3.2.1.

As provided by Local Rule 83-3.2.4, the attorney suspended by this Order will be reinstated to the Bar of this Court upon proof of his or her reinstatement as an active member in good standing with the State Bar.

An attorney registered to use the Court's Electronic Case Filing System

-1-

1  (ECF) who is suspended by this Court will not have access to file documents
2  electronically until the attorney is reinstated to the Bar of this Court.
3
4
5
6  Date: April 1, 2022
7  _____
   PHILIP S. GUTIERREZ
   CHIEF UNITED STATES DISTRICT JUDGE

–2–